**No. 09-10085. Larry Hearns, Petitioner v. Hugh Wolfenbarger, Warden.**

560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4960.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10086. Kendrick Fisher, Petitioner v. Burl Cain, Warden.**

560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4810.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10087. Ural Grimes, Jr., Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4778.

June 14, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 23 So. 3d 1184.

**No. 09-10095. Robert Allen Hall, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4783, ▮

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10096. Judith Hurt-Whitmire, Petitioner v. Georgia, et al.**

560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4772.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 336 Fed. Appx. 882.

**No. 09-10102. Kevin Jones, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

560 U.S. 967, 130 S. Ct. 3416, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4953.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10107. Sandra Jean Brown Allen, Petitioner v. Stewart Title Guaranty Company.**

560 U.S. 967, 130 S. Ct. 3416, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4924.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.